SOUTHEASTERN PA TRANSP AUTH  ROBERT K POTTS
AA22
11533

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 46.96 | $1,689.36 | $53,751.64 |
| VAC PAY | 0 | 0 | $0.00 | $6,076.60 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $1,692.68 |
| PERSN'LDAY | 0 | 0 | $0.00 | $1,488.84 |
| SICK TIME | 0 | 0 | $0.00 | $798.00 |
| ACCIDNTREPORT | 0 | 0 | $0.00 | $2.50 |
| UNIFORMALLOW | 0 | 0 | $0.00 | $405.00 |

| TAX DEDUCTIONS | | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $99.01 | $3,433.38 |
| FICA/MED | $123.08 | $4,614.53 |
| SUI TAX | $1.18 | $44.69 |
| PENNA | $51.86 | $1,958.97 |
| PHILA | $63.35 | $2,362.96 |
| AFLAC-PRETAX | $44.65 | $1,786.00 |
| HEALTH COPAY | $35.96 | $1,484.07 |
| HEALTHSHORTAGE | $0.00 | $219.62 |
| 457B | $15.00 | $600.00 |
| COLLECTCOSTS | $0.00 | $10.00 |
| PENSIONSHORTGE | $0.00 | $325.00 |
| DUES SHORTAGE | $0.00 | $81.76 |
| UNION DUES | $16.59 | $684.78 |
| CO-PAY PENSION | $50.00 | $2,100.00 |
| CONS OTH DEDUC | $218.59 | $8,464.65 |
| PRIMARY CHECK | $970.09 | $35,142.95 |

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|
| CURR | $1,689.36 | - $338.48 | - $380.79 | = $970.09 | | 131007938 | $970.09 |
| Y TO D | $64,215.26 | - $12,414.53 | - $15,755.88 | = $36,044.85 | 11-02-2024 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

JP MORGAN

XXXXXXXXXXXXXXXX

CHECK

$970.09

SOUTHEASTERN PA TRANSP AUTH  ROBERT K POTTS
AA22
11533

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 59.55 | $2,142.27 | $55,893.91 |
| VAC PAY | 0 | 0 | $0.00 | $6,076.60 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $1,692.68 |
| PERSN'LDAY | 0 | 0 | $0.00 | $1,488.84 |
| SICK TIME | 0 | 0 | $0.00 | $798.00 |
| ACCIDNTREPORT | 0 | 0 | $0.00 | $2.50 |
| UNIFORMALLOW | 0 | 0 | $0.00 | $405.00 |

| TAX DEDUCTIONS | | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $153.36 | $3,586.74 |
| FICA/MED | $157.71 | $4,772.24 |
| SUI TAX | $1.50 | $46.19 |
| PENNA | $65.77 | $2,024.74 |
| PHILA | $80.34 | $2,443.30 |
| AFLAC-PRETAX | $44.65 | $1,830.65 |
| HEALTH COPAY | $35.96 | $1,520.03 |
| HEALTHSHORTAGE | $0.00 | $219.62 |
| 457B | $15.00 | $615.00 |
| COLLECTCOSTS | $0.00 | $10.00 |
| PENSIONSHORTGE | $0.00 | $325.00 |
| DUES SHORTAGE | $0.00 | $81.76 |
| UNION DUES | $16.59 | $701.37 |
| CO-PAY PENSION | $50.00 | $2,150.00 |
| CONS OTH DEDUC | $217.59 | $8,682.24 |
| PRIMARY CHECK | $1,303.80 | $36,446.75 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $2,142.27 | - | $458.68 | - | $379.79 | = | $1,303.80 | | 131015482 | $1,303.80 |
| Y TO D | $66,357.53 | - | $12,873.21 | - | $16,135.67 | = | $37,348.65 | 11-09-2024 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

JP MORGAN

XXXXXXXXXXXXXXXX

CHECK

$1,303.80

SOUTHEASTERN PA TRANSP AUTH  ROBERT K POTTS
AA22
11533

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 59.55 | $2,142.27 | $58,036.18 |
| VAC PAY | 0 | 0 | $0.00 | $6,076.60 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $1,692.68 |
| PERSN'LDAY | 0 | 0 | $0.00 | $1,488.84 |
| SICK TIME | 0 | 0 | $0.00 | $798.00 |
| ACCIDNTREPORT | 0 | 0 | $0.00 | $2.50 |
| UNIFORMALLOW | 0 | 0 | $0.00 | $405.00 |

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $153.36 | $3,740.10 |
| FICA/MED | $157.72 | $4,929.96 |
| SUI TAX | $1.50 | $47.69 |
| PENNA | $65.77 | $2,090.51 |
| PHILA | $80.34 | $2,523.64 |
| AFLAC-PRETAX | $44.65 | $1,875.30 |
| HEALTH COPAY | $35.96 | $1,555.99 |
| HEALTHSHORTAGE | $0.00 | $219.62 |
| 457B | $15.00 | $630.00 |
| COLLECTCOSTS | $0.00 | $10.00 |
| PENSIONSHORTGE | $0.00 | $325.00 |
| DUES SHORTAGE | $0.00 | $81.76 |
| UNION DUES | $16.59 | $717.96 |
| CO-PAY PENSION | $50.00 | $2,200.00 |
| CONS OTH DEDUC | $217.59 | $8,899.83 |
| PRIMARY CHECK | $1,303.79 | $37,750.54 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $2,142.27 | - | $458.69 | - | $379.79 | = | $1,303.79 | | 131023261 | $1,303.79 |
| Y TO D | $68,499.80 | - | $13,331.90 | - | $16,515.46 | = | $38,652.44 | 11-16-2024 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

JP MORGAN

XXXXXXXXXXXXXXXX

CHECK

$1,303.79

SOUTHEASTERN PA TRANSP AUTH  ROBERT K POTTS
AA22
11533

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $63.18 | $3,803.28 |
| FICA/MED | $100.22 | $5,030.18 |
| SUI TAX | $0.97 | $48.66 |
| PENNA | $42.70 | $2,133.21 |
| PHILA | $52.15 | $2,575.79 |
| AFLAC-PRETAX | $44.65 | $1,919.95 |
| HEALTH COPAY | $35.96 | $1,591.95 |
| HEALTHSHORTAGE | $0.00 | $219.62 |
| 457B | $15.00 | $645.00 |
| COLLECTCOSTS | $0.00 | $10.00 |
| PENSIONSHORTGE | $0.00 | $325.00 |
| DUES SHORTAGE | $0.00 | $81.76 |
| UNION DUES | $16.59 | $734.55 |
| CO-PAY PENSION | $50.00 | $2,250.00 |
| CONS OTH DEDUC | $217.59 | $9,117.42 |
| PRIMARY CHECK | $751.71 | $38,502.25 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 38.66 | $1,390.72 | $59,426.90 |
| VAC PAY | 0 | 0 | $0.00 | $6,076.60 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $1,692.68 |
| PERSN'LDAY | 0 | 0 | $0.00 | $1,488.84 |
| SICK TIME | 0 | 0 | $0.00 | $798.00 |
| ACCIDNTREPORT | 0 | 0 | $0.00 | $2.50 |
| UNIFORMALLOW | 0 | 0 | $0.00 | $405.00 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,390.72 | - | $259.22 | - | $379.79 | = | $751.71 | | 131030863 | $751.71 |
| Y TO D | $69,890.52 | - | $13,591.12 | - | $16,895.25 | = | $39,404.15 | 11-23-2024 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

JP MORGAN

XXXXXXXXXXXXXXXX

CHECK

$751.71

SOUTHEASTERN PA TRANSP AUTH  ROBERT K POTTS
AA22
11533

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 38.49 | $1,384.61 | $60,811.51 |
| VAC PAY | 0 | 0 | $0.00 | $6,076.60 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $1,692.68 |
| PERSN'LDAY | 0 | 0 | $0.00 | $1,488.84 |
| SICK TIME | 0 | 0 | $0.00 | $798.00 |
| ACCIDNTREPORT | 0 | 0 | $0.00 | $2.50 |
| UNIFORMALLOW | 0 | 0 | $0.00 | $405.00 |

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $62.44 | $3,865.72 |
| FICA/MED | $99.76 | $5,129.94 |
| SUI TAX | $0.97 | $49.63 |
| PENNA | $42.51 | $2,175.72 |
| PHILA | $51.92 | $2,627.71 |
| AFLAC-PRETAX | $44.65 | $1,964.60 |
| HEALTH COPAY | $35.96 | $1,627.91 |
| HEALTHSHORTAGE | $0.00 | $219.62 |
| 457B | $15.00 | $660.00 |
| COLLECTCOSTS | $0.00 | $10.00 |
| PENSIONSHORTGE | $0.00 | $325.00 |
| DUES SHORTAGE | $0.00 | $81.76 |
| UNION DUES | $16.59 | $751.14 |
| CO-PAY PENSION | $50.00 | $2,300.00 |
| CONS OTH DEDUC | $217.59 | $9,335.01 |
| PRIMARY CHECK | $747.22 | $39,249.47 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,384.61 | - | $257.60 | - | $379.79 | = | $747.22 | | 131038563 | $747.22 |
| Y TO D | $71,275.13 | - | $13,848.72 | - | $17,275.04 | = | $40,151.37 | 11-30-2024 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

JP MORGAN

XXXXXXXXXXXXXXXX

CHECK

$747.22

SOUTHEASTERN PA TRANSP AUTH   ROBERT K POTTS
AA22
11533

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 41.93 | $1,583.76 | $63,662.29 |
| VAC PAY | 0 | 0 | $0.00 | $6,076.60 |
| HOLIDAYPAY | 0 | 8 | $302.08 | $1,994.76 |
| PERSN'LDAY | 0 | 0 | $0.00 | $1,488.84 |
| SICK TIME | 0 | 0 | $0.00 | $798.00 |
| ACCIDNTREPORT | 0 | 0 | $0.00 | $2.50 |
| UNIFORMALLOW | 0 | 0 | $0.00 | $405.00 |

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $122.38 | $4,036.43 |
| FICA/MED | $137.97 | $5,358.66 |
| SUI TAX | $1.32 | $51.84 |
| PENNA | $57.90 | $2,272.52 |
| PHILA | $70.72 | $2,745.94 |
| AFLAC-PRETAX | $44.65 | $2,053.90 |
| HEALTH COPAY | $37.76 | $1,701.63 |
| HEALTHSHORTAGE | $0.00 | $219.62 |
| 457B | $15.00 | $690.00 |
| COLLECTCOSTS | $0.00 | $10.00 |
| PENSIONSHORTGE | $0.00 | $325.00 |
| DUES SHORTAGE | $0.00 | $81.76 |
| UNION DUES | $17.42 | $785.15 |
| CO-PAY PENSION | $50.00 | $2,400.00 |
| CONS OTH DEDUC | $217.59 | $9,771.19 |
| PRIMARY CHECK | $1,113.13 | $41,022.45 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,885.84 | - | $390.29 | - | $382.42 | = | $1,113.13 | | 131054074 | $1,113.13 |
| Y TO D | $74,427.99 | - | $14,465.39 | - | $18,038.25 | = | $41,924.35 | 12-14-2024 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

JP MORGAN

XXXXXXXXXXXXXXXX

CHECK

$1,113.13

SOUTHEASTERN PA TRANSP AUTH   ROBERT K POTTS
AA22
11533

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 38.76 | $1,464.06 | $65,126.35 |
| VAC PAY | 0 | 0 | $0.00 | $6,076.60 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $1,994.76 |
| PERSN'LDAY | 0 | 0 | $0.00 | $1,488.84 |
| SICK TIME | 0 | 0 | $0.00 | $798.00 |
| ACCIDNTREPORT | 0 | 0 | $0.00 | $2.50 |
| UNIFORMALLOW | 0 | 0 | $0.00 | $405.00 |

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $71.76 | $4,108.19 |
| FICA/MED | $105.70 | $5,464.36 |
| SUI TAX | $1.02 | $52.86 |
| PENNA | $44.95 | $2,317.47 |
| PHILA | $54.90 | $2,800.84 |
| AFLAC-PRETAX | $44.65 | $2,098.55 |
| HEALTH COPAY | $37.76 | $1,739.39 |
| HEALTHSHORTAGE | $0.00 | $219.62 |
| 457B | $15.00 | $705.00 |
| COLLECTCOSTS | $0.00 | $10.00 |
| PENSIONSHORTGE | $0.00 | $325.00 |
| DUES SHORTAGE | $0.00 | $81.76 |
| UNION DUES | $17.42 | $802.57 |
| CO-PAY PENSION | $50.00 | $2,450.00 |
| CONS OTH DEDUC | $217.59 | $9,988.78 |
| PRIMARY CHECK | $803.31 | $41,825.76 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,464.06 | - | $278.33 | - | $382.42 | = | $803.31 | | 131061714 | $803.31 |
| Y TO D | $75,892.05 | - | $14,743.72 | - | $18,420.67 | = | $42,727.66 | 12-21-2024 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

JP MORGAN

XXXXXXXXXXXXXXXX

CHECK

$803.31

SOUTHEASTERN PA TRANSP AUTH    ROBERT K POTTS
AA22
11533

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 26.85 | $1,014.17 | $1,014.17 |

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $20.71 | $20.71 |
| FICA/MED | $71.28 | $71.28 |
| SUI TAX | $0.71 | $0.71 |
| PENNA | $31.14 | $31.14 |
| PHILA | $38.03 | $38.03 |
| AFLAC-PRETAX | $44.65 | $44.65 |
| HEALTH COPAY | $37.76 | $37.76 |
| 457B | $15.00 | $15.00 |
| UNION DUES | $17.42 | $17.42 |
| CO-PAY PENSION | $50.00 | $50.00 |
| USI INSURANCE | $8.59 | $8.59 |
| FORGE CU SHARE | $207.00 | $207.00 |
| UNITED WAY | $2.00 | $2.00 |
| PRIMARY CHECK | $469.88 | $469.88 |

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|
| CURR | $1,014.17 | - $161.87 | - $382.42 | = $469.88 | | 131069315 | $469.88 |
| Y TO D | $1,014.17 | - $161.87 | - $382.42 | = $469.88 | 12-28-2024 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

JP MORGAN

XXXXXXXXXXXXXXXXX

CHECK
$469.88

TO THE ORDER OF

AA 22 14    502
ROBERT K POTTS
438 N. 65TH STREET
PHILADELPHIA PA   19151

A

11533
01-03-2025

SOUTHEASTERN PA TRANSP AUTH   ROBERT K POTTS
AA22
11533

| TAX DEDUCTIONS | | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $0.00 | $20.71 |
| FICA/MED | $37.07 | $108.35 |
| SUI TAX | $0.40 | $1.11 |
| PENNA | $17.41 | $48.55 |
| PHILA | $21.26 | $59.29 |
| AFLAC-PRETAX | $44.65 | $89.30 |
| HEALTH COPAY | $37.76 | $75.52 |
| 457B | $15.00 | $30.00 |
| UNION DUES | $17.42 | $34.84 |
| CO-PAY PENSION | $50.00 | $100.00 |
| USI INSURANCE | $8.59 | $17.18 |
| LIFE INSUR. | $1.00 | $1.00 |
| FORGE CU SHARE | $207.00 | $414.00 |
| UNITED WAY | $2.00 | $4.00 |
| PRIMARY CHECK | $107.38 | $577.26 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 15.01 | $566.94 | $1,581.11 |

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|
| CURR | $566.94 | - $76.14 | - $383.42 | = $107.38 | | 131076920 | $107.38 |
| Y TO D | $1,581.11 | - $238.01 | - $765.84 | = $577.26 | 01-04-2025 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

JP MORGAN

XXXXXXXXXXXXXXXXX

CHECK

$107.38

SOUTHEASTERN PA TRANSP AUTH   ROBERT K POTTS
AA22
11533

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 26.58 | $1,003.83 | $2,584.94 |
| HOLIDAYPAY | 0 | 16 | $604.17 | $604.17 |
| PERSN'LDAY | 0 | 11.4 | $430.47 | $430.47 |

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $138.60 | $159.31 |
| FICA/MED | $149.64 | $257.99 |
| SUI TAX | $1.43 | $2.54 |
| PENNA | $62.58 | $111.13 |
| PHILA | $76.44 | $135.73 |
| AFLAC-PRETAX | $44.65 | $133.95 |
| HEALTH COPAY | $37.76 | $113.28 |
| 457B | $15.00 | $45.00 |
| UNION DUES | $17.42 | $52.26 |
| CO-PAY PENSION | $50.00 | $150.00 |
| USI INSURANCE | $8.59 | $25.77 |
| LIFE INSUR. | $0.00 | $1.00 |
| FORGE CU SHARE | $207.00 | $621.00 |
| UNITED WAY | $2.00 | $6.00 |
| PRIMARY CHECK | $1,227.36 | $1,804.62 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $2,038.47 | - | $428.69 | - | $382.42 | = | $1,227.36 | | 131084711 | $1,227.36 |
| Y TO D | $3,619.58 | - | $666.70 | - | $1,148.26 | = | $1,804.62 | 01-11-2025 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

JP MORGAN

XXXXXXXXXXXXXXXXX

CHECK

$1,227.36

SOUTHEASTERN PA TRANSP AUTH   ROBERT K POTTS
AA22
11533

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 0 | $0.00 | $2,584.94 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $604.17 |
| PERSN'LDAY | 0 | 0 | $0.00 | $430.47 |
| UNIFORMALLOW | 0 | 0 | $405.00 | $405.00 |

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $0.00 | $159.31 |
| FICA/MED | $0.00 | $257.99 |
| SUI TAX | $0.00 | $2.54 |
| AFLAC-PRETAX | $0.00 | $133.95 |
| HEALTH COPAY | $0.00 | $113.28 |
| 457B | $0.00 | $45.00 |
| UNION DUES | $0.00 | $52.26 |
| CO-PAY PENSION | $0.00 | $150.00 |
| USI INSURANCE | $0.00 | $25.77 |
| LIFE INSUR. | $0.00 | $1.00 |
| FORGE CU SHARE | $0.00 | $621.00 |
| UNITED WAY | $0.00 | $6.00 |
| PENNA | $0.00 | $111.13 |
| PHILA | $0.00 | $135.73 |
| PRIMARY CHECK | $0.00 | $1,804.62 |

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|
| CURR | $405.00 | - $0.00 | - $0.00 | = $405.00 | | 6172359 | $405.00 |
| Y TO D | $4,024.58 | - $666.70 | - $1,148.26 | = $2,209.62 | 01-11-2025 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

01-17-2025     ROBERT K POTTS                           $405.00
                                        FOUR HUNDRED FIVE DOLLARS NO
                        CENTS
                                                          6172359