UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In re:  CASE NO.: 25-10359
CHAPTER 13

Robert K. Potts,
   Debtor.

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                        Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                        Attorneys for Movant
                        13010 Morris Rd., Suite 450
                        Alpharetta, GA 30004
                        Telephone: 470-321-7112
                        Facsimile: 404-393-1425

                        By: /s/Sherri Dicks
                            Sherri Dicks
                            Email: sdicks@raslg.com

## CERTIFICATE OF SERVICE

       **I HEREBY CERTIFY** that on March 6, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ROBERT K POTTS
438 NORTH 65TH STREET
PHILADELPHIA, PA 19151

And via electronic mail to:

DAVID M. OFFEN
THE CURTIS CENTER, 601 WALNUT STREET, SUITE 160 WEST
PHILADELPHIA, PA 19106

KENNETH E. WEST
CHAPTER 13 STANDING TRUSTEE
190 N. INDEPENDENCE MALL WEST SUITE 701
PHILADELPHIA, PA 19106

UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET SUITE 320
PHILADELPHIA, PA 19107

                                            By: /s/ Angela Gill