# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>Robert K. Potts,<br>    Debtor.<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST,<br>    Movant,<br><br>        v.<br><br>Robert K. Potts,<br>    Debtor/Respondent,<br><br>KENNETH E. WEST,<br>    Trustee/Additional Respondent. | Bankruptcy No. 25-10359-amc<br><br>Chapter 13 |

## **PRAECIPE TO WITHDRAW DOCUMENT**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection of U.S. Bank Trust National Association, Not in its Individual Capacity but Solely as Owner Trustee for RCAF Acquisition Trust to the Chapter 13 Plan of Debtor [at Docket Entry No. 15] filed March 21, 2025.

                                                  Robertson, Anschutz, Schneid, Crane
                                                  & Partners, PLLC
                                                  Attorneys for Secured Creditor
                                                  6409 Congress Ave., Suite 100
                                                  Boca Raton, FL 33487
                                                  Telephone: (470) 321-7112
                                                  Facsimile: (561) 997-6909

                                                  By: /s/Sherri R. Dicks
                                                  Sherri R. Dicks, Esquire
                                                  Pennsylvania Bar Number 90600
                                                  Email: sdicks@raslg.com