United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 25-10359-amc

Robert K Potts     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Oct 16, 2025     Form ID: 155     Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert K Potts, 438 North 65th Street, Philadelphia, PA 19151-4003 |
| 14975101 | + | RCAF Loan Acquisition LP, C/O Denise Carlon, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14972819 | + | Email/Text: bsimmons@amsher.com | Oct 17 2025 00:45:00 | AmSher Collection Services, 4524 Southlake Parkway, Suite 15, Birmingham, AL 35244-3271 |
| 14972818 | + | Email/PDF: bncnotices@becket-lee.com | Oct 17 2025 00:56:42 | American First Finance, Attn: Bankruptcy, Po Box 565848, Dallas, TX 75356-5848 |
| 14987454 | | Email/PDF: bncnotices@becket-lee.com | Oct 17 2025 00:56:28 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 15013385 | | Email/Text: megan.harper@phila.gov | Oct 17 2025 00:45:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14972820 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 17 2025 00:45:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14972821 | + | Email/Text: loans@forgecu.org | Oct 17 2025 00:45:00 | Forge Cu Fka Pstc Fcu, 1402 Bywood Ave, Upper Darby, PA 19082-3720 |
| 14972822 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 17 2025 00:45:00 | Internal Revenue Service, Centralized Insolvency Operation, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 14975092 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 17 2025 00:56:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14972823 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 17 2025 00:56:19 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14972824 | + | Email/PDF: cbp@omf.com | Oct 17 2025 00:56:28 | OneMain Financial, Attn: Bankruptcy, Po Box 142, Evansville, IN 47701-0142 |
| 14980810 | | Email/PDF: cbp@omf.com | Oct 17 2025 00:56:18 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 14972825 | | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Oct 17 2025 00:45:00 | Progressive, P.O. Box 7247-0311, Philadelphia, PA 19170-0311 |
| 14974691 | ^ | MEBN | Oct 17 2025 00:39:19 | RCAF Loan Acquisition, LP, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14980204 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 17 2025 00:45:00 | SANTANDER CONSUMER USA INC., P.O. |

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: admin | | Page 2 of 3 |
| Date Rcvd: Oct 16, 2025 | Form ID: 155 | | Total Noticed: 22 |

| | | | | |
|---|---|---|---|---|
| | | | | BOX 961245, FORT WORTH, TX 76161-0244 |
| 14972826 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 17 2025 00:45:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14972827 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 17 2025 00:45:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14976634 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 17 2025 00:56:18 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14996380 | + | Email/Text: bkteam@selenefinance.com | Oct 17 2025 00:45:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, c/o Selene Finance LP,, 3501 Olympus Blvd, Suite 500,, Dallas, TX 75019-6295 |
| 14985278 | + | Email/Text: RASEBN@raslg.com | Oct 17 2025 00:45:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14972828 | + | Email/Text: megan.harper@phila.gov | Oct 17 2025 00:45:00 | WATER REVENUE BUREAU, Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor, Philadelphia, PA 19102-1663 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2025              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Robert K Potts dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor RCAF Loan Acquisition LP bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARY JACQUELINE LARKIN | on behalf of Creditor Forge Federal Credit Union formerly PSTC Employees Federal Credit Union mjlarkin@cohenvaughan.com gkerns@vaughanmclean.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For RCAF Acquisition Trust mimcgowan@raslg.com |
| ROBERT BRIAN SHEARER | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 16, 2025 | Form ID: 155 | Total Noticed: 22 |

    on behalf of Creditor U.S. Bank Trust National Association rshearer@raslg.com

SHERRI DICKS
    on behalf of Creditor U.S. Bank Trust National Association sdicks@raslg.com  shrdlaw@outlook.com

SHERRI DICKS
    on behalf of Creditor U.S. Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For RCAF Acquisition Trust sdicks@raslg.com, shrdlaw@outlook.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
   Robert K Potts  
                            Case No. 25−10359−amc

Debtor(s).                 Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: October 14, 2025                           For The Court

                                                   Ashely M. Chan  
                                                   Chief Judge, United States Bankruptcy Court