# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>Robert K. Potts,<br>　　Debtor.<br><br>Selene Finance, LP as servicer for U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST,<br>　　Movant,<br>　　　v.<br>Robert K. Potts,<br>　　Debtor/Respondent,<br><br>Kenneth E. West,<br>　　Trustee/Additional Respondent. | Bankruptcy No. 25-10359-amc<br><br>Chapter 13 |

## ORDER

AND NOW, this  21st  day of  Jan.         , 20 26 , upon consideration of Selene Finance, LP as servicer for U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and this court's finding that the mortgaged property is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the United States Bankruptcy Code are hereby unconditionally terminated with respect to Selene Finance, LP as servicer for U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL

CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST; and it is further

ORDERED, that Selene Finance, LP as servicer for U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST, its successors and/or assigns are entitled to proceed with appropriate state court remedies against the real property located at 438 North 65th Street, Philadelphia, PA 19151, including without limitation, Sheriff Sale of the property.

BY THE COURT:

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge