United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 25-10359-amc
Robert K Potts Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Aug 12, 2026 Form ID: pdf900 Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert K Potts, 438 North 65th Street, Philadelphia, PA 19151-4003 |
| cr | + | Forge Federal Credit Union formerly PSTC Employees, Forge Federal Credit Union, 1402 Bywood Avenue, Upper Darby, PA 19082-3720 |
| 14975101 | + | RCAF Loan Acquisition LP, C/O Denise Carlon, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 13 2026 02:10:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 13 2026 02:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 13 2026 02:10:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 14972819 | + | Email/Text: bsimmons@amsher.com | Aug 13 2026 02:10:00 | AmSher Collection Services, 4524 Southlake Parkway, Suite 15, Birmingham, AL 35244-3271 |
| 14972818 | + | Email/Text: JCAFF_BNC_NOTICES@JCAP.COM | Aug 13 2026 02:10:00 | American First Finance, Attn: Bankruptcy, Po Box 565848, Dallas, TX 75356-5848 |
| 14987454 | | Email/PDF: bncnotices@becket-lee.com | Aug 13 2026 02:13:26 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 15013385 | | Email/Text: megan.harper@phila.gov | Aug 13 2026 02:10:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14972820 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 13 2026 02:11:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14972821 | + | Email/Text: loans@forgecu.org | Aug 13 2026 02:11:00 | Forge Cu Fka Pstc Fcu, 1402 Bywood Ave, Upper Darby, PA 19082-3720 |
| 14972822 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 13 2026 02:10:00 | Internal Revenue Service, Centralized Insolvency Operation, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 14975092 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2026 02:13:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14972823 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2026 02:13:27 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14972824 | + | Email/PDF: cbp@omf.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 13 2026 02:13:30 | OneMain Financial, Attn: Bankruptcy, Po Box 142, Evansville, IN 47701-0142 |
| 14980810 | | Email/PDF: cbp@omf.com | Aug 13 2026 02:13:26 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 14972825 | | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Aug 13 2026 02:10:00 | Progressive, P.O. Box 7247-0311, Philadelphia, PA 19170-0311 |
| 14974691 | ^ | MEBN | Aug 13 2026 02:08:57 | RCAF Loan Acquisition, LP, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14980204 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 13 2026 02:10:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14972826 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 13 2026 02:10:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14972827 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 13 2026 02:11:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14976634 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 13 2026 02:13:27 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14996380 | + | Email/Text: bkteam@selenefinance.com | Aug 13 2026 02:10:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, c/o Selene Finance LP,, 3501 Olympus Blvd, Suite 500,, Dallas, TX 75019-6295 |
| 14985278 | + | Email/Text: RASEBN@raslg.com | Aug 13 2026 02:10:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14972828 | + | Email/Text: megan.harper@phila.gov | Aug 13 2026 02:10:00 | WATER REVENUE BUREAU, Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor, Philadelphia, PA 19102-1663 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Robert K Potts ecfmail@offenlaw.com;offendr83598@notify.bestcase.com |

| | |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARY JACQUELINE LARKIN | on behalf of Creditor Forge Federal Credit Union formerly PSTC Employees Federal Credit Union jackie@mvlawoffices.com georgia@mvlawoffices.com |
| MATTHEW K. FISSEL | on behalf of Creditor RCAF Loan Acquisition LP bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For RCAF Acquisition Trust mimcgowan@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor U.S. Bank Trust National Association rshearer@raslg.com |
| SHERRI DICKS | on behalf of Creditor U.S. Bank Trust National Association shrdlaw@outlook.com shrdlaw@outlook.com |
| SHERRI DICKS | on behalf of Creditor U.S. Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For RCAF Acquisition Trust shrdlaw@outlook.com, shrdlaw@outlook.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>ROBERT K POTTS<br><br>Debtor | Chapter 13<br><br>Bankruptcy No. 25-10359-AMC |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: August 11, 2026**

Honorable Chief Judge Ashely M. Chan
Bankruptcy Judge